**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on November 22, 2010



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 10–33350–JKO

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Robert J Alten
10971 Cypress Run Circle
Coral Springs, FL 33071

SSN: xxx–xx–4968

## FINAL DECREE

The trustee, Sonya Salkin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.